M. P. No. 76-361. ALAN GRUNBERG *v.* STATE. Petition for writ of mandamus, motion to vacate sentences, motion for appointment of counsel other than public defender, motion for bail, and motion for release from custody are denied without prejudice to a hearing being held thereon in the Superior Court, to which court the petition and other papers filed in connection therewith are ordered remanded with direction that said court shall consider the petition and the papers as if originally filed in that court pursuant to the post conviction relief provisions found in G.L. 1956 (1969 Reenactment) §10-9.1-1 et seq. *Alan Grunberg,* petitioner, pro se. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 76-369. GEORGE H. WOOD *v.* CONGDON EQUIPMENT Co. *et al.* Petition for writ of certiorari denied. *Keenan, Rice, Dolan, Reardon & Kiernan, Thomas C. Plunkett,* for plaintiff-respondent. *Pucci & Goldin, Samuel A. Olevson,* for defendants-petitioners.

C. A. No. 75-261. STATE *v.* PETER E. NEWMAN. Motion of defendant to extend time for filing his brief to November 1, 1976 is granted. The defendant's motion to enlarge the record is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *David L. Martin, Barbara Hurst,* Asst. Public Defenders, for defendant.

APPEAL No. 76-46. ATLANTIC PAINT & COATINGS, INC. *v.* CRESCENZO CONTI, *d.b.a.* Motion of plaintiff to affirm judgment below pursuant to Rule 16(g) denied. *John F. Cuzzone, Jr.,* for plaintiff. *Gerard McG. DeCelles,* for defendant.